# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Weinstein, Jack B. | USDC-Eastern District of New York | 09/29/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Brooklyn, N.Y. 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | TIAA Retirement Plans |
| 2. 1998 | New York State Retirement Plans |
| 3. 2000 | New York State savings Plan Schooling (2) |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Royalties, Foundation Press | $1,316.00 |
| 2. 2015 | TeachersIns & Annuity Pensions | $14,922.00 |
| 3. 2015 | NY State Retirements System Pension | $9,128.00 |
| 4. 2015 | Judicial Retiree & Survivors | $343,571.00 |
| 5. 2015 | Wells Fargo Advisors - IRA | $145,665.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Credit Card | J |
| 2. | Wells Fargo | Credit Card | J |
| 3. | Wells Fargo | Secured Loan | N |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 09/29/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank deposit | A | Interest | J | T | Buy | 01/01/15 | J | | |
| 2. JP Morgan Chase & Co - 10/01/15 | B | Interest | | | Sold | 04/24/15 | K | A | |
| 3. Key Bank NA - 03/03/16 | A | Interest | | | Sold | 01/08/15 | K | A | |
| 4. JP Morgan Chase & Co - 06/27/17 | A | Interest | K | T | | | | | |
| 5. General Electric Cap Corp-09/15/17 | B | Interest | K | T | | | | | |
| 6. Walt Disney Company - 12/15/17 | A | Interest | J | T | | | | | |
| 7. Archer Daniels - 03/15/18 | A | Interest | J | T | Sold (part) | 09/04/15 | K | A | |
| 8. Metlife Inc - 08/15/18 | A | Interest | K | T | | | | | |
| 9. Buckeye Partners lp-due 08/15/19 | B | Interest | K | T | | | | | |
| 10. Time Warner Cable Inc due 02/01/20- previously 08/15/19 | A | Interest | J | T | | | | | |
| 11. Chesapeake Energy Corp due 08/15/20 | A | Interest | J | T | | | | | |
| 12. Entergy Corp due 09/15/20 | A | Interest | J | T | | | | | |
| 13. Hewlett-Packard Co due 12/09/21 | A | Interest | K | T | | | | | |
| 14. Wyndham Worldwide SR Unsecured Callable Due 03/01/22 | A | Interest | J | T | Buy | 09/01/15 | J | | |
| 15. Viacom Inc Sr Unsecured Callable Due 09/01/13 | A | Interest | J | T | Buy | 09/11/15 | J | | |
| 16. Raymond James Financial senior note due 04/01/24 | A | Interest | K | T | | | | | |
| 17. Assured Guaranty US HLDG Sr Note due 07/01/24 | A | Interest | K | T | Buy | 09/11/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Kinder Morgan Ener Part Sr Unsecured Note due 09/01/24 | A | Interest | K | T | Buy | 09/11/15 | J | | |
| 19. Citigroup Inc Subordinated due 06/10/25 | A | Interest | J | T | Buy | 09/11/15 | J | | |
| 20. Juniper Networks Inc Sr Note due 06/15/25 | A | Interest | J | T | Buy | 09/11/15 | J | | |
| 21. Kohl's Corporation Sr Unsecured Callable due 07/17/25 | A | Interest | J | T | Buy | 09/11/15 | J | | |
| 22. Morgan Stanley Subordinated Medium Term Notes due 09/08/26 | A | Interest | K | T | Buy | 09/11/15 | K | | |
| 23. Goldman Sachs Group Inc Notes Medium Term Notes due 08/15/27 | A | Interest | K | T | Buy | 09/11/15 | J | | |
| 24. Bank of America Internotes Medium Term Notes due 01/15/29 | A | Interest | J | T | Buy | 09/11/15 | J | | |
| 25. American Express BK 03/18/19 | A | Interest | J | T | | | | | |
| 26. Hometrust Bank clyde nc 08/26/21 | A | Interest | K | T | | | | | |
| 27. Anglogold Holdings PLC due 04/15/20 | B | Interest | K | T | | | | | |
| 28. Amtrust FINL PFD Services Ser D Per MTY | B | Interest | K | T | Buy | 04/13/15 | K | | |
| 29. Virtus opportunities TR-VIRTUS DYNAMIC | A | Interest | | | Sold | 01/13/15 | K | A | |
| 30. Virtus Opportunities TR Premium | A | Interest | | | Sold | 01/13/15 | K | A | |
| 31. ING Mutual FDS Global BD-NAME CHANGE TO VOYA MUTUAL | A | Interest | K | T | | | | | |
| 32. Janus Invt FD Flexible FD | A | Interest | K | T | | | | | |
| 33. Steelpath MLP FDS TR | C | Interest | L | T | | | | | |
| 34. AT&T Inc | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 09/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AT&T Inc | A | Dividend | K | T | Buy | 07/13/15 | K | | |
| 36. Conocophillips | A | Dividend | J | T | | | | | |
| 37. Dow Chemical Company | A | Dividend | K | T | | | | | |
| 38. Enesco PLC Class A | B | Dividend | | | Sold | 04/24/15 | J | A | |
| 39. Ford Motor Company | A | Dividend | J | T | | | | | |
| 40. General Electric Company | A | Dividend | K | T | | | | | |
| 41. Glaxosmithkline PLC-ADR | A | Dividend | K | T | Sold (part) | 04/24/15 | J | A | |
| 42. International Business Machine Corp | B | Dividend | K | T | | | | | |
| 43. Kellogg Company | A | Dividend | K | T | | | | | |
| 44. Sanofi ADR | A | Dividend | | | Sold | 04/13/15 | K | C | |
| 45. Target Corp | A | Dividend | | | Sold | 04/24/15 | K | D | |
| 46. Verizon Communications COM | B | Dividend | K | T | | | | | |
| 47. New York Community Bancorp Inc | A | Interest | K | T | Buy | 07/13/15 | K | | |
| 48. Blackrock FDS II | B | Interest | K | T | | | | | |
| 49. Federated Income SECS | A | Interest | K | T | | | | | |
| 50. Franklin Income FD | B | Interest | K | T | | | | | |
| 51. Goldman Sachs TR | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 09/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Good Harbor Tactical Equity Income | A | Interest | | | Sold | 07/13/15 | K | A | |
| 53. Hartford Mut FDS Inc | A | Interest | K | T | | | | | |
| 54. JP Morgan Income Builder | A | Interest | K | T | | | | | |
| 55. Mainstay FDS TR | B | Interest | K | T | Sold (part) | 07/13/15 | K | A | |
| 56. Nuveen Invt Fds Inc Real Asset Income FD CIC | A | Interest | K | T | Buy | 06/16/15 | K | | |
| 57. Pimco Income | C | Interest | L | T | | | | | |
| 58. Pioneer SER TR | A | Interest | J | T | | | | | |
| 59. Principal Global DIV Income Fd | A | Interest | K | T | | | | | |
| 60. Putnam Diversified Income | B | Interest | K | T | | | | | |
| 61. Templeton Global Total Return | A | Interest | K | T | | | | | |
| 62. Citigroup Inc | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 63. Delta Air Lines Inc New | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 64. Delta Air Lines Inc New | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 65. Pepsico Inc | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 66. Union Pacific Corp | A | Dividend | | | Sold | 07/14/15 | J | A | |
| 67. Wells Fargo bank deposit sweep | A | Dividend | | | Sold | 10/31/15 | J | A | |
| 68. Allstate Corp | A | Dividend | | | Buy | 07/14/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Allstate Corp | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 70. Alcoa Inc | A | Dividend | | | Buy | 03/06/15 | J | | |
| 71. Alcoa Inc | A | Dividend | | | Sold | 06/12/15 | J | A | |
| 72. American Express Company | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 73. Ameriprise Financial Inc | A | Dividend | | | Buy | 06/03/15 | J | | |
| 74. Ameriprise Financial Inc | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 75. Amerisourcebergen Corp | A | Dividend | | | Buy | 05/08/15 | J | | |
| 76. Amerisourcebergen Corp | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 77. Amgen Inc | A | Dividend | | | Buy | 07/06/15 | J | | |
| 78. Amgen Inc | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 79. Apple Inc | A | Dividend | | | Buy | 08/10/15 | J | | |
| 80. Apple Inc | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 81. Archer Daniels-Midlnd Co | A | Dividend | | | Sold | 04/09/15 | J | A | |
| 82. Bank of America Corp | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 83. Big Lots Inc | A | Dividend | | | Buy | 01/06/15 | J | | |
| 84. Big Lots Inc | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 85. Biogen Idec Inc | A | Dividend | | | Sold | 01/08/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 09/29/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Capital One Financial Corp | A | Dividend | | | Sold | 03/19/15 | J | A | |
| 87. Coca-Cola Enterprises | A | Dividend | | | Sold | 03/03/15 | J | A | |
| 88. Colgate-Palmolive Co | A | Dividend | | | Buy | 01/13/15 | J | | |
| 89. Colgate-Palmolive Co | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 90. Ecolab Inc | A | Dividend | | | Sold | 03/23/15 | J | A | |
| 91. Fedex Corporation | A | Dividend | | | Buy | 03/30/15 | J | | |
| 92. Fedex Corporation | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 93. Foot Locker Inc | A | Dividend | | | Buy | 01/05/15 | J | | |
| 94. Foot Locker Inc | A | Dividend | | | Sold | 05/08/15 | J | A | |
| 95. GAP Inc | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 96. Genl Dynamics Corp Com | A | Dividend | J | T | Buy | 01/06/15 | J | | |
| 97. Genl Dynamica Corp Com | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 98. Gilead Sciences Inc | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 99. Google Inc CL A Voting | A | Dividend | J | T | Sold (part) | 03/04/15 | J | A | |
| 100. Google Inc Cl A Voting | A | Dividend | | | Sold (part) | 09/10/15 | J | A | |
| 101. Google Inc Cl A Voting | A | Dividend | J | T | Sold (part) | 09/10/15 | J | A | |
| 102. Goldman Sachs Group Inc | A | Dividend | | | Buy | 05/08/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 09/29/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Goldman Sachs Group Inc | A | Dividend | | | Buy | 08/25/15 | J | | |
| 104. Goldman Sachs Group Inc | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 105. HCA Holdings Inc | A | Dividend | | | Buy | 02/05/15 | J | | |
| 106. HCA Holdings Inc | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 107. Hewlett-Packard Company | A | Dividend | | | Sold | 08/03/15 | J | A | |
| 108. Hilton Worldwide Holdings Inc | A | Dividend | | | Buy | 03/13/15 | J | | |
| 109. Hilton Worldwide Holdings Inc | A | Dividend | | | Sold | 08/25/15 | J | A | |
| 110. Intel Corp | A | Dividend | | | Buy | 03/04/15 | J | | |
| 111. Intel Corp | A | Dividend | | | Buy | 03/11/15 | J | | |
| 112. Intel Corp | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 113. Intercontinental Exchange Inc | A | Dividend | | | Buy | 07/01/15 | J | | |
| 114. Intercontinental Exchange Inc | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 115. Investco LTD | A | Dividend | | | Buy | 06/12/15 | J | | |
| 116. Investco LTD | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 117. Johnson & Johnson | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 118. Kroger Company Common | A | Dividend | | | Buy | 04/28/15 | J | | |
| 119. Kroger Company Common | A | Dividend | | | Sold | 07/23/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 09/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Marathon Petroleum Corp | A | Dividend | | | Buy | 07/24/15 | J | | |
| 121. Marathon Petroleum Corp | A | Dividend | | | Sold | 08/26/15 | J | A | |
| 122. Micron Technology Inc | A | Dividend | | | Sold | 06/29/15 | J | A | |
| 123. Microsoft Corp | A | Dividend | | | Sold | 04/28/15 | J | A | |
| 124. Nielsen NV | A | Dividend | | | Sold | 04/16/15 | J | A | |
| 125. Norfolk Southern Corp | A | Dividend | | | Sold | 02/06/15 | J | A | |
| 126. Pfizer Inc | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 127. Potash Corp of Saskatchewan Inc | A | Dividend | | | Buy | 03/16/15 | J | | |
| 128. Potash Corp of Saskatchewan Inc | A | Dividend | | | Sold | 05/11/15 | J | A | |
| 129. Prudential Financial Inc | A | Dividend | | | Sold | 05/19/15 | J | A | |
| 130. Qualcomm Inc | A | Dividend | | | Sold | 02/18/15 | J | A | |
| 131. Rackspace Hosting Inc | A | Dividend | | | Buy | 06/05/15 | J | | |
| 132. Rackspace Hosting Inc | A | Dividend | | | Sold | 08/07/15 | J | A | |
| 133. Raytheon Company | A | Dividend | | | Sold | 02/05/15 | J | A | |
| 134. Robert Hall Intl Inc | A | Dividend | | | Buy | 05/01/15 | J | | |
| 135. Robert Hall Intl Inc | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 136. Scripps Networks Interactive | A | Dividend | | | Buy | 01/09/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 09/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Scripps Networks Interactive | A | Dividend | | | Sold | 07/21/15 | J | A | |
| 138. Target Corp | A | Dividend | | | Buy | 07/29/15 | J | | |
| 139. Target Corp | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 140. Texas Instruments Inc | A | Dividend | | | Buy | 06/10/15 | J | | |
| 141. Texas Instruments Inc | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 142. Thermo Fisher Scientific Inc | A | Dividend | | | Sold | 04/17/15 | J | A | |
| 143. Tyco International PLC | A | Dividend | | | Sold | 05/20/15 | J | A | |
| 144. United Health Group Inc | A | Dividend | | | Buy | 06/08/15 | J | | |
| 145. United Health Group Inc | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 146. Valero Energy Corp New (Valero rfng & mkting) | A | Dividend | | | Sold | 01/22/15 | J | A | |
| 147. Valero Energy Corp New (Valero rfng & mkting) | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 148. Wells Fargo bank deposit sweep | A | Interest | K | T | Buy | 01/01/15 | J | | |
| 149. Safeway Inc | A | Interest | | | Sold | 01/30/15 | K | A | |
| 150. Alcoa Inc | B | Interest | K | T | | | | | |
| 151. New York St dorm auth rev aid long 11/01/15 | A | Interest | | | Sold | 11/02/15 | J | A | |
| 152. New York St environmental facs 12/15/20 | A | Interest | | | Sold | 12/15/15 | J | A | |
| 153. Rockland Co NY various purposes 08/15/21 | A | Interest | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 09/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Buffalo NY fiscal stability auth 09/01/21 | A | Interest | J | T | | | | | |
| 155. Brookhaven NY open space preservation 11/01/21 | A | Interest | J | T | | | | | |
| 156. Suffolk Co NY pub impt serial ser-a 05/15/22 | A | Interest | J | T | | | | | |
| 157. Long Island Power Authority NY 12/01/22 | A | Interest | K | T | | | | | |
| 158. New York St dorm au memorial sloan 07/01/24 | A | Interest | J | T | | | | | |
| 159. New York Genl Oblig - 10/01/25 | A | Interest | J | T | | | | | |
| 160. Metropolitan transn auth ny ser-a 11/15/25 | A | Interest | J | T | | | | | |
| 161. New York St twy auth st pers income 03/15/26 | A | Interest | J | T | | | | | |
| 162. New York St twy auth st pers income 03/15/26 | A | Interest | K | T | | | | | |
| 163. New York City muni wtr fin auth - 06/15/28 | A | Interest | | | Sold | 06/15/15 | J | A | |
| 164. New York St dorm auth revs - 07/01/28 | A | Interest | J | T | | | | | |
| 165. NY NY City transitional fin auth bldg due 01/15/31 | B | Interest | K | T | | | | | |
| 166. New York St dorm auth pers income 01/15/26 | A | Interest | K | T | | | | | |
| 167. NY Dorm auth rev due 02/15/27 | A | Interest | K | T | | | | | |
| 168. Port Auth NY & NJ due 10/15/31 | A | Interest | K | T | | | | | |
| 169. NYS Dorm auth due 11/01/31 | B | Interest | | | Sold | 01/12/15 | K | A | |
| 170. NY St environmental fcs corp due 06/15/33 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 09/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  NY Dorm auth revs due 07/01/33 | A | Interest | J | T | | | | | |
| 172.  Triborough brdg & tunl auth - 11/15/33 | B | Interest | K | T | | | | | |
| 173.  Metropolitan transn auth ny rev due 11/15/34 | A | Interest | K | T | | | | | |
| 174.  NYS Dorm auth st pers inc tax due 12/15/35 | A | Interest | J | T | | | | | |
| 175.  New York St twy auth due 01/01/37 | B | Interest | K | T | | | | | |
| 176.  NY City Transitional Fin due 07/15/37 | B | Interest | K | T | | | | | |
| 177.  Metropolitan Transit Auth due 11/15/38 | B | Interest | K | T | | | | | |
| 178.  Goldman Sachs BK USA due 01/14/19 | B | Interest | K | T | | | | | |
| 179.  Amherst NY Dev Corp Stdnt Hsg Fac Rev UBF due 10/01/30 | A | Interest | K | T | Buy | 01/09/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 09/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Jack B. Weinstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544